Tuan Uong (SBN 272447)
Email: tuong@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Le T. Duong (SBN 297662)
Email: lduong@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Credit One Bank, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT ORTIZ,<br><br>        Plaintiff,<br><br>    v.<br><br>Experian Information Solutions, Inc.; Equifax, Inc.; Credit One Bank, N.A., Avant, Inc.,, and DOES 1 through 100 inclusive,<br><br>        Defendants. | Case No. 2:18-cv-00954-WBS-CKD<br><br>**STIPULATION TO EXTEND DEFENDANT CREDIT ONE BANK, N.A.'S TIME TO RESPOND TO COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>Compl. Filed: April 17, 2018<br><br>Honorable William B. Shubb<br>Honorable Carolyn K. Delaney |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   This Joint Stipulation to Extend Time to Respond to Complaint to May 25, 2018 is made by
2   and between Plaintiff Robert Ortiz ("Plaintiff") and Defendant Credit One Bank, N.A. ("Credit
3   One") through their respective counsel, in light of the following facts:

### **RECITALS**

On April 20, 2018, Plaintiff served her Complaint on Credit One.

Credit One's response to Plaintiff's Complaint is due on or before May 11, 2018.

The parties agree to extend Credit One's time to respond to the Complaint to May 25, 2018, in order to give Credit One additional time to investigate Plaintiff's claims and prepare a proper response, and for the parties to potentially reach a resolution of this matter.

There is good cause to extend Credit One's response deadline because Credit One requires additional time to investigate Plaintiff's allegations and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

Pursuant to Civil Local Rule 144, Plaintiff and Credit One stipulate that Credit One's time to respond to Plaintiff's Complaint is extended to May 25, 2018.

This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

THEREFORE, the parties stipulate as follows:

### **STIPULATION**

The deadline for Credit One to respond to the Complaint shall be continued to May 25, 2018.

This change in deadline will not alter the date of any event or any deadline already fixed by the Court order, local rules, or the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED: May 11, 2018

REED SMITH LLP

By: /s/ *Le Duong*
Tuan Uong
Le T. Duong
Attorneys for Defendant
Credit One Bank, N.A.

DATED: May 11, 2018

SAGARIA LAW, P.C.

By: /s/ *Elliot Gale*
Elliot Gale
[As authorized on May 11, 2018]
Attorney for Plaintiff
Robert Ortiz

**IT IS SO ORDERED.**

Dated: May 11, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE