1  Tuan Uong (SBN 272447)
   Email: tuong@reedsmith.com
2  REED SMITH LLP
   355 South Grand Avenue
3  Suite 2900
   Los Angeles, CA 90071-1514
4  Telephone: +1 213 457 8000
   Facsimile: +1 213 457 8080
5
   Le T. Duong (SBN 297662)
6  Email: lduong@reedsmith.com
   REED SMITH LLP
7  101 Second Street
   Suite 1800
8  San Francisco, CA 94105-3659
   Telephone: +1 415 543 8700
9  Facsimile: +1 415 391 8269

10 Attorneys for Defendant
   Credit One Bank, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT ORTIZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Experian Information Solutions, Inc.; Equifax, Inc.; Credit One Bank, N.A., Avant, Inc.,, and DOES 1 through 100 inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00954-WBS-CKD<br><br>**STIPULATION TO EXTEND DEFENDANT CREDIT ONE BANK, N.A.'S TIME TO RESPOND TO COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>Compl. Filed:　　April 17, 2018<br><br>Honorable William B. Shubb<br>Honorable Carolyn K. Delaney |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  This Joint Stipulation to Extend Time to Respond to Complaint to May 30, 2018 is made by
2 and between Plaintiff Robert Ortiz ("Plaintiff") and Defendant Credit One Bank, N.A. ("Credit
3 One") through their respective counsel, in light of the following facts:

### **RECITALS**

5  On April 20, 2018, Plaintiff served her Complaint on Credit One.

6  Credit One's response to Plaintiff's Complaint is due on or before May 25, 2018.

7  The parties agree to extend Credit One's time to respond to the Complaint to May 30, 2018,
8 in order to give Credit One additional time to investigate Plaintiff's claims and prepare a proper
9 response, and for the parties to potentially reach a resolution of this matter.

10  There is good cause to extend Credit One's response deadline because Credit One requires
11 additional time to investigate Plaintiff's allegations and prepare a proper response, and the parties
12 require additional time to consider a resolution of this matter.

13  Pursuant to Civil Local Rule 144, Plaintiff and Credit One stipulate that Credit One's time to
14 respond to Plaintiff's Complaint is extended to May 30, 2018.

15  This change in deadline will not alter the date of any event or any deadline already fixed by
16 Court order, local rules, or the Federal Rules of Civil Procedure.

17  THEREFORE, the parties stipulate as follows:

### **STIPULATION**

19  The deadline for Credit One to respond to the Complaint shall be continued to May 30, 2018.

20  This change in deadline will not alter the date of any event or any deadline already fixed by
21 the Court order, local rules, or the Federal Rules of Civil Procedure.

22  **IT IS SO STIPULATED.**

1 | DATED: May 25, 2018

2 | REED SMITH LLP

4 | By: /s/ *Le Duong*
    Tuan Uong
5 | Le T. Duong
    Attorneys for Defendant
6 | Credit One Bank, N.A.

7 | DATED: May 25, 2018    SAGARIA LAW, P.C.

9 | By:   /s/ *Elliot Gale*
    Elliot Gale
10 | [As authorized on May 25, 2018]
    Attorney for Plaintiff
11 | Robert Ortiz

**IT IS SO ORDERED.**

**Dated: May 25, 2018**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE